1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiffs
5

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 BOARD OF TRUSTEES OF THE SHEET METAL )    NO.  C 05 3470 EMC
   WORKERS, et al.,                    )
12                                     )    ORDER TO CONTINUE CASE
                     Plaintiffs,       )    MANAGEMENT CONFERENCE
13                                     )
            vs.                        )
14                                     )
   ACCU-BALANCE ASSOCIATES, INC., etc. )
15                                     )
                     Defendant.        )
16 _____)

17         IT IS ORDERED that the Case Management Conference in this

18 case set for March 8, 2006 be continued to June 7, 2006 at 1:30 p.m.

19 in Courtroom No. C, 15th Floor, 450 Golden Gate Avenue, San Francisco,

20 CA.

21 Dated:_____March 3, 2006_____        _____
                                              Honorable
22                                                      IT IS SO ORDERED

23                                                      [signature]
                                                        Judge Edward M. Chen
24

25

26

27

28

   ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE