```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al.,<br><br>        Plaintiffs,<br><br>    vs.<br><br>ACCU-BALANCE ASSOCIATES, INC., etc.<br><br>        Defendant. | NO.  C 05 3470 EMC<br><br>ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

IT IS ORDERED that the Case Management Conference in this case set for June 7, 2006 be continued to August 2, 2006 at 1:30 a.m. in Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA.

Dated: _____June 1, 2006_____
                                                Honorable Edward M. Chen

*[SEAL: IT IS SO ORDERED — Judge Edward M. Chen — United States District Court, Northern District of California]*

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE