1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiffs
5

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 BOARD OF TRUSTEES OF THE SHEET METAL)   NO.  C 05 3470 EMC
   WORKERS, et al.,                     )
12                                       )   ORDER TO CONTINUE CASE
                    Plaintiffs,          )   MANAGEMENT CONFERENCE
13                                       )
            vs.                          )
14                                       )
   ACCU-BALANCE ASSOCIATES, etc.,        )
15                                       )
                    Defendant.           )
16 _____)

17        IT IS ORDERED that the Case Management Conference in this

18 case set for August 2, 2006 be continued to October ~~18~~ 25, 2006 at 1:30

19 p.m. in Courtroom C, 15th Floor, 450 Golden Gate Avenue, San

20 Francisco, CA 94102.

21 Dated:____July 19, 2006_____          _____
                                            Magistrate Edward M. Chen
22

[STAMP: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen]

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE