UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>ACCU-BALANCE ASSOCIATES, INC.,<br><br>　　　　Defendant.<br>_____/ | No. C-05-3470 EMC<br><br>**ORDER RE SUPPLEMENTAL EVIDENCE RE PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT** |

　　　　Plaintiffs are employee benefit plans and trustees of those plans (collectively referred to as "Trust Funds").  The Trust Funds filed suit against Defendant ACCU-Balance Associates, Inc. pursuant to the National Labor Relations Act, *see* 29 U.S.C. § 185, the Employee Retirement Income Security Act ("ERISA"),  *see* 29 U.S.C. §§ 1132, 1145, and the Federal Declaratory Judgment Act. *See* 28 U.S.C. § 2201 *et seq*.  After ACCU-Balance failed to respond to the Trust Funds' complaint, default was entered on December 16, 2005.  *See* Docket No. 10.  The Trust Funds thereafter moved for default judgment.  Having considered the Trust Funds' briefs and accompanying submissions, the Court hereby orders that they provide supplemental evidence in support of their motion for default judgment.

　　　　More specifically, the Court orders that the Trust Funds provide supplemental evidence regarding their request for unpaid contributions.  The Trust Funds have asked for $13,410.25 due in unpaid contributions.  However, based on the record, it is not clear whether ACCU-Balance may have already paid a part of the contributions owing.  According to other papers filed before the

Court, the Trust Funds and ACCU-Balance engaged in settlement negotiations that resulted in ACCU-Balance paying a substantial portion of the owed contributions. Furthermore, it is not clear whether, as part of the settlement discussions, the parties agreed upon a compromise amount (*i.e.*, an amount other than $13,410.25). Accordingly, the Court orders the Trust Funds to submit a declaration stating whether any of the $13,410.25 has already been paid by ACCU-Balance *and* whether the parties agreed upon a compromise amount in settlement discussions which would govern this motion. Such declaration should be filed within a week of the date of this order.

   IT IS SO ORDERED.

Dated:  November 8, 2006

_____
EDWARD M. CHEN
United States Magistrate Judge