UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al., | ) ) ) | No. 05-3470 SC |
| Plaintiffs, | ) ) | ORDER ADOPTING REPORT AND RECOMMENDATION OF |
| v. | ) ) | <u>MAGISTRATE JUDGE</u> |
| ACCU-BALANCE ASSOCIATES, INC., | ) ) | |
| Defendant. | ) ) | |

    The Court ADOPTS the Report and Recommendation of Magistrate Judge Edward M. Chen GRANTING Plaintiffs' Motion for Default Judgment as the Plaintiffs' claims under the National Labor Relations Act, Employee Retirement Income Security Act, and Federal Declaratory Judgment Act.  The Court AWARDS Plaintiffs damages in the amount of $26,144.06.  The damages consist of: $13,410.25 for unpaid contributions; $2,682.05 for liquidated damages; $7,570.74 for interest; $740.00 for attorney's fees; and $1,741.02 for costs (including audit costs).

    IT IS SO ORDERED.

Date:  December 11, 2006

                                                    /s/ Samuel Conti
                                            UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California